[No. 7349-1-III.   Division Three.   May 1, 1986.]

*In the Matter of the Personal Restraint of*
RODOLFO MENDOZA MONTOYA, *Petitioner.*

Petition for relief from personal restraint. *Granted* by unpublished opinion per Green, C.J., concurred in by McInturff and Thompson, JJ.

[No. 6803-0-III.   Division Three.   May 1, 1986.]

DONNA MAE McCLOUD, ET AL, *Appellants,* v. HAROLD E. CLARK, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Yakima County, No. 83-2-01768-7, Bruce P. Hanson, J., entered October 19, 1984. *Affirmed* by unpublished opinion per McInturff, A.C.J., concurred in by Munson and Thompson, JJ.

[No. 6935-4-III.   Division Three.   May 1, 1986.]

E. T. HEARRON COMPANY, INC., ET AL, *Appellants,*
v. VON HORST CO.-YAKIMA, *Respondent.*

Appeal from a judgment of the Superior Court for Yakima County, No. 83-2-01527-7, Ted Kolbaba, J., entered January 15, 1985. *Affirmed* by unpublished opinion per McInturff, A.C.J., concurred in by Munson and Thompson, JJ.

[No. 14357-3-I.   Division One.   May 5, 1986.]

LILLY L. LEACH, *Appellant,* v. THE CITY OF SEATTLE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 81-2-12927-7, Jim Bates, J., entered January 18, 1984. *Affirmed* by unpublished per curiam opinion.